# The Law Offices
# Pollack & Rosen P.A.

806 S. Douglas Road  
Suite 200, South Tower  
Coral Gables, FL 33134-3157

Toll Free: (888) 448-1557  
Phone: (305) 448-0006  
Facsimile: (305) 569-0101

June 22, 2017

DALE L BELL  
1782 SW Airoso Blvd  
Port Saint Lucie FL 34984-3722

## ACCOUNT IDENTIFICATION

Original Creditor: CAPITAL ONE BANK (USA) N.A.  
Original Creditor Acct No: ****-****-****-4172  
Consumer: DALE L BELL  
File No: 3075636  
Amount Due: $7,587.32

Dear DALE L BELL,

As a result of your failure to make payments on the above statement amount, your account has been referred to us for resolution. For your convenience, you can now make payments via our website at www.pollackrosen.com.

Please contact our office upon receipt of this communication so that we can make the necessary arrangements regarding the payment of this obligation.

Unless you dispute the validity of this debt or any portion thereof, within thirty (30) days from receipt of this notice, this debt will be assumed to be valid by this office.

If you notify us in writing within thirty (30) days from receipt of this notice that the debt, or any portion thereof, is disputed, we will obtain verification of the debt or a copy of a judgment against you. A copy of such verification or judgment will be mailed to you by us.

Upon your written request within thirty (30) days from receipt of this notice, we will provide you with the name and address of the original creditor, if different from the current creditor.

If you have any questions, please contact this office.

Your cooperation is essential in order to resolve this matter promptly.

Very truly yours,

Joseph F. Rosen, Esq.

Joseph F. Rosen, Esq.  
Your Account Representative is: RUDOLPH MONROE

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

939-HWPORO10-CAP1DEM-05/18/17

*** Please detach the lower portion and return with your payment ***

Y1E2CC7C26

806 S Douglas Rd, South Tower Ste 200  
Coral Gables FL 33134-3157  
ADDRESS SERVICE REQUESTED

| IF YOU WISH TO PAY BY CREDIT CARD, CIRCLE ONE AND FILL IN THE INFORMATION BELOW |
|---|
| MasterCard   VISA   American Express |

| CARD NUMBER | EXP. DATE |
|---|---|
| CARD HOLDER NAME | CVV |
| SIGNATURE | |

| STATEMENT DATE | ACCOUNT # | PAY THIS AMOUNT |
|---|---|---|
| 06/22/17 | 3075636 | $7587.32 |

0008120024003612743034984372282-1YA1-Y1E2CC7C26 939  
CAP1DEM - 939  
DALE L BELL  
1782 SW Airoso Blvd  
Port Saint Lucie FL 34984-3722



Pollack & Rosen  
806 S Douglas Rd  
South Tower Ste 200  
Coral Gables FL 33134-3157