UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-cv-14221-MIDDLEBROOKS

DALE BELL, *on behalf of himself and all others similarly situated*,

    Plaintiff,

vs.

POLLACK & ROSEN, P.A., *a Florida corporation*, and JOSEPH F. ROSEN, *individually*,

    Defendant.
_____/

**ORDER CLOSING CASE**

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice, filed January 2, 2019. (DE 20). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss this action. Accordingly, it is **ORDERED and ADJUDGED** that:

(1) The above-styled action is **DISMISSED WITH PREJUDICE**.

(2) The Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT.**

(3) Each party shall bear their own fees and costs.

(4) Pursuant to the Parties' request, this Court reserves jurisdiction to enforce their settlement agreement. Jurisdiction will be reserved for a period of six months.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 4th day of January, 2019.

                                                 Donald M. Middlebrooks
                                                 United States District Judge

Copies to:    Counsel of Record